**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6082

JOSEPH A. BROWN,

Plaintiff - Appellant,

v.

CHARLES RATLEDGE, Warden-USP Lee,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, District Judge.  (7:15-cv-00640-EKD-RSB)

Submitted:  August 29, 2016         Decided:  September 28, 2016

Before DUNCAN, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph A. Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph A. Brown appeals the district court's order dismissing without prejudice his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Ratledge, No. 7:15-cv-00640-EKD-RSD (W.D. Va. Dec. 18, 2015). We deny as moot Brown's motion to expedite his appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED